UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
LUC BURBON AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

                                Plaintiffs,

          -against-

CREATIVE CONSUMER PRODUCTS, INC.
D/B/A DIONIS,

                                Defendant.
----------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Case No.: 1:20-cv-06150

       The undersigned counsel represents Plaintiff, LUC BURBON, in the above referenced matter. This letter notice is being filed pursuant to Federal Rule 41(a)(1)(A)(i) Dismissal of Actions without prejudice against CREATIVE CONSUMER PRODUCTS, INC. D/B/A DIONIS.

       Our client respectfully dismisses the above captioned matter without prejudice, without court order, since no party has appeared, answered or otherwise moved in this Action.

       Dated: December 21, 2020

       Suffolk, New York

Respectfully submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks, Esq.
175 Varick Street, 3rd Fl
New York, NY 10014
Tel: (646) 770-3775
*Attorneys for Plaintiff*

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** December 23, 2020